```
                                                            FILED
                                                    U.S. DISTRICT COURT
            UNITED STATES DISTRICT COURT          2007 MAY 22  A 8: 10
            SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x   07 CIV. 3960
```

Trustees of the Teamsters Local 456 Pension, Health & Welfare
Annuity, Education & Training, S.U.B. Industry Advancement
And Legal Services Funds and the Westchester Teamsters Local   Index No.
Union No. 456,

                                                            **RULE 7.1**

                           Plaintiffs,

-against-

DOREX CORP.,

                         Defendant.
-------------------------------------------------------------x

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party.

None

Dated: May 16, 2007

                                            _/s/ Karin Arrospide_
                                            Karin Arrospide, Esq. (KA9319)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____